```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Andreas Von Der Au,                                                :
                                                                   :
                                    Plaintiff,                     :      20-cv-838 (AJN)
                                                                   :
              -v-                                                  :      ORDER
                                                                   :
Radisson Hotels International, Inc.,                               :
                                                                   :
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------ :
                                                                   X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person.  The Court is in receipt of the parties' joint letter and proposed case management plan.  The parties are hereby ordered to submit a letter advising the Court whether they can do without a conference.  **The parties must advise the Court no later than June 17, 2020 if they can do without a conference**.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time.  To that end, if the parties would like to proceed with the conference, counsel should indicate in their letter all times on the date of the scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: June 16, 2020
      New York, New York                           _____
                                                                 ALISON J. NATHAN
                                                         United States District Judge