```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Andreas Von Der Au,                                                :
:
                     Plaintiff,         :        20-cv-838 (AJN)
:
      -v-                                                          :        ORDER
:
Radisson Hotels International, Inc.,                               :
:
                     Defendant.         :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The initial case management conference in this matter is hereby canceled. By separate order, the Court refers this case for purposes of settlement to Magistrate Judge Aaron. No discovery shall take place until after the settlement conference. If the parties are unable to reach settlement, they are directed to submit a revised case management plan no later than 7 days after the settlement conference.

       SO ORDERED.

Dated: June 18, 2020
       New York, New York          _____
                                                    ALISON J. NATHAN
                                         United States District Judge